ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 0 7 2026

KEVIN P WEIMER, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>RAJESH NARSINGHANI | Criminal Information<br>No. 1:26-CR-344 |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Counterfeit Drug**
**(21 U.S.C. §§ 331(i)(3) and 333(b)(8))**

On or about March 2, 2021, in the Northern District of Georgia, the defendant, RAJESH NARSINGHANI, aided and abetted by, and aiding and abetting, others unknown to the United States, knowingly did an act which caused a drug to be a counterfeit drug within the meaning of 21 U.S.C. § 321(g)(2), to wit, products labeled as "Pfizer" and "VGR 100" but not manufactured by Pfizer, and held for sale and dispensing, a counterfeit drug, in violation of Title 21, United States Code, Sections 331(i)(3) and 333(b)(8), and Title 18, United States Code, Section 2.

**Forfeiture**

Upon conviction of the sole count in this Criminal Information, the defendant, RAJESH NARSINGHANI, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 334, and Title 28, United States Code, Section 2461, any quantities of drugs which were misbranded when received in interstate commerce, or while in interstate commerce, or while held for sale (whether or not the first sale) after shipment in interstate commerce, or which

were introduced into interstate commerce, in violation of Title 21, United States Code, Section 331, including, but not limited to, the following:

DRUGS: Approximately 58 kilograms of Tadalafil seized on or about March 2, 2021, at 5002 N. Royal Atlanta Drive, Tucker, GA 30084.

If any property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

THEODORE S. HERTZBERG
*United States Attorney*

SAMIR KAUSHAL
*Assistant United States Attorney*
Georgia Bar No. 935285

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181